Don't Forget!

| | ✓ |
|---|---|
| 1. D.'s Birthday Jan 29, | ☐ |
| 2. Kitty's Birthday May 9th | ☐ |
| 3. Al - Feb. 8. | ☐ |
| 4. Jay Austrian (I Jasco) May 1 | ☐ |
| 5. | ☐ |
| 6. | ☐ |
| 7. | ☐ |
| 8. | ☐ |
| 9. | ☐ |
| 10. | ☐ |
| 11. | ☐ |
| 12. | ☐ |
| 13. | ☐ |
| 14. | ☐ |
| 15. | ☐ |
| 16. | ☐ |

A5 / FSO filofax Ref. 342211 © 1996

FROM GX 133